

# Supreme Court
### STATE OF LOUISIANA
#### New Orleans

| | | |
|---|---|---|
| **CHIEF JUSTICE** | | **VERONICA O. KOCLANES** |
| JOHN L. WEIMER | Sixth District | CLERK OF COURT |
| **JUSTICES** | | |
| WILLIAM J. CRAIN | First District | 400 ROYAL ST., SUITE 4200 |
| SCOTT J. CRICHTON | Second District | NEW ORLEANS, LA  70130-8102 |
| JEANNETTE T. KNOLL | Third District *(pro Tempore)* | |
| JAY B. MCCALLUM | Fourth District | TELEPHONE  (504) 310-2300 |
| JEFFERSON. HUGHES | Fifth District | HOME PAGE  https://www.lasc.org |
| PIPER D. GRIFFIN | Seventh District | |

December 20, 2024
no pending cases
24-mc-174

**RECEIVED DEC 27 2024 — U.S. DISTRICT COURT MIDDLE DISTRICT OF LOUISIANA — DEPUTY CLERK**

Hon. Scott S. Harris
Clerk, U.S. Supreme Court
Office of the Clerk
1 First Street, NE
Washington, D.C. 20543

Re:   *In Re:  Vanessa Motta*
Louisiana Bar Roll no. 36915
La. Supreme Court docket no. 2024-B-01502

Dear Mr. Harris:

Enclosed please find a copy of the decision rendered by this Court in the above-entitled matter, which is self-explanatory. The case became final in this Court on **December 13, 2024.**

With kindest regards, I remain,

Very truly yours,

Veronica O. Koclanes
Clerk of Court

By:  Theresa McCarthy
Deputy Clerk

TM:pal
Enclosure

ccs:   Hon. Lyle W. Cayce, Clerk,
U.S. Court of Appeals, Fifth Circuit
Carol Michel, Clerk, USDC, Eastern District
Hon. Michael McConnell, Clerk, USDC, Middle District
Hon. Daniel J. McCoy, USDC, Western Dist.
Anderson O. Dotson, III, Disc. Counsel
Michelle LaRose, Director of Finance, LSBA
Jennifer Stolier, Administrator, Disciplinary Board
U.S. Surface Transportation Board
Regional Director, IRS
Sandra Vujnovich, Judicial Administrator
Tina Waddell, Off. of General Counsel, Social Security Administration
Cynthia Cotton, Notarial Division, Secretary of State Office
Sheral Kellar, Asst. Secretary, Off. of Wrkrs. Comp. Admin.

Hon. Rodd Naquin
Clerk, 1st Circuit Ct. Of Appeal
Hon. Robin Norman Jones
Clerk, 2nd Circuit Ct. Of Appeal
Hon. Renee Simien
Clerk, 3rd Circuit Ct. Of Appeal
Hon. Justin I. Woods
Clerk, 4th Circuit Ct. Of Appeal
Hon. Curtis Pursell
Clerk, 5th Circuit Ct. Of Appeal

# The Supreme Court of the State of Louisiana

**IN RE: VANESSA MOTTA**

No.2024-B-01502

------

IN RE: Office of Disciplinary Counsel - Applicant Other; Petition for interim suspension for threat of harm pursuant to Rule XIX, Sec. 19.2;

------

**December 13, 2024**

Petition for interim suspension granted. See order.

                    PDG

                    JLW

                    JTK

                    WJC

                    JBM

                    JMG

Supreme Court of Louisiana
December 13, 2024

_____
Deputy Clerk of Court
    For the Court

SUPREME COURT OF LOUISIANA

NO. 2024-B-1502

IN RE: VANESSA MOTTA

---

ORDER

---

Considering the Petition for Interim Suspension for Threat of Harm filed by the Office of Disciplinary Counsel, and the response thereto filed by respondent,

IT IS ORDERED that respondent, Vanessa Motta, Louisiana Bar Roll number 36915, be and she hereby is suspended from the practice of law on an interim basis pursuant to Supreme Court Rule XIX, § 19.2, pending further orders of this court. Pursuant to Supreme Court Rule XIX, § 26(E), this order is effective immediately.

IT IS FURTHER ORDERED that the Office of Disciplinary Counsel may seek the appointment of a trustee(s) to protect the interests of respondent's clients pursuant to the provisions of Supreme Court Rule XIX, § 27, if appropriate.

NEW ORLEANS, LOUISIANA, this 13th day of December, 2024.

FOR THE COURT:

JUSTICE, SUPREME COURT OF LOUISIANA